**大成 DENTONS**

**Rebecca Stark**
Associate

Rebecca.stark@dentons.com
D   +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

MEMORANDUM ENDORSED

March 8, 2023

<u>**VIA ECF**</u>

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Yan Luis v. Peak Performance Life LLC*, Case No. 1:22-cv-08583-JMF-GWG

Dear Judge Gorenstein:

We represent defendant Peak Performance Life LLC ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from March 10, 2023 to April 24, 2023.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Rebecca A. Stark*
Rebecca A. Stark

cc:   All counsel of record (by ECF)

The application for a stay is denied. The Court will, however, extend the deadline to respond to the complaint until April 24, 2023.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

March 8, 2023