UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KEVIN YAN LUIS, on behalf of himself         Case No. 1:22-cv-08583-JMF-GWG
and all others similarly situated,

                    Plaintiffs,         **NOTICE OF VOLUNTARY**
                                                   **DISMISSAL WITH PREJUDICE**

        -against-

Peak Performance Life LLC

                    Defendant.
-----------------------------------------------------------x

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: Jericho, New York
          April ___, 2023

                                                        Respectfully Submitted,

                                                        */s/ Noor A. Saab*
                                                        By: Noor A. Saab Esq.
                                                        *Attorney for Plaintiff*
                                                        380 North Broadway, Ste 300
                                                        Jericho, New York 11753
                                                        Tel: 718-740-5060
                                                        Email: noorasaablaw@gmail.com

Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

SO ORDERED.

*[signature]*

April 4, 2023

1